# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JAMES JEFFREY SCHROEDER<br><br>Defendant(s) | )<br>)<br>) Case No. 1:16-MJ-344<br>)<br>)<br>) |

FILED JUL 29 2016

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _July 31, 2015_ in the county of _Fairfax_ in the _Eastern_ District of _Virginia_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(4)(B) | Possession and interstate transport of child pornography. |
| 18 U.S.C. 2252(a)(2) | Receipt of child pornography |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Whitney Russell, AUSA

_Complainant's signature_
Kimberly Kroemeke, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 07/28/2016

/s/
Michael S. Nachmanoff
United States Magistrate Judge
_Judge's signature_

City and state: Alexandria, Virginia

Honorable Michael Nachmanoff, US Magistrate Judge
_Printed name and title_